| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramirez, Irma C. | U.S. District Court - NDTX | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States District Court
1100 Commerce St., Room 1567
Dallas, Texas 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed barber |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Loan/Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allstate Life (IRA Annuity) | B | Div. & int. | J | T | | | | | |
| 2. ---Putnam VT Investments | | | | | | | | | |
| 3. ------VT Growth & Income | | | | | | | | | |
| 4. ------VT Investors | | | | | | | | | |
| 5. ------VT Voyager | | | | | | | | | |
| 6. ------VT Equity Inc. | | | | | | | | | |
| 7. ------VT Multi-Cap Growth fund | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. Parcel 1 (Hobbs, NM) | | None | J | S | | | | | |
| 10. Parcel 2 (Hobbs, NM) | | None | J | S | | | | | |
| 11. Parcel 3 (Hobbs, NM) | | None | J | S | | | | | |
| 12. Parcel 4 (Hobbs, NM) | | None | J | S | | | | | |
| 13. | | | | | | | | | |
| 14. Tony & Adam's Hair Design, Inc. | | None | J | W | | | | | |
| 15. | | | | | | | | | |
| 16. Hartford Life (variable life policy) | C | div. & int. | K | T | | | | | |
| 17. ------PVT George Putnam | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -----AMR Growth-Income | | | | | | | | | |
| 19.   -----PVT Voyager | | | | | | | | | |
| 20.   -----PVT Int'l Equity | | | | | | | | | |
| 21.   -----HLS Midcap | | | | | | | | | |
| 22.   -----AMR Growth | | | | | | | | | |
| 23.   -----AMR Global Small Cap | | | | | | | | | |
| 24.   -----PVT Multi-Cap Growth | | | | | | | | | |
| 25. | | | | | | | | | |
| 26.   Comerica Bank (Accounts) | | None | J | T | | | | | |
| 27. | | | | | | | | | |
| 28.   LPL Financial IRA | E | Int./Div. | M | T | | | | | |
| 29.   -----Lord Abbett Mid Cap Stock Cl A (LAVLX) | | | | | | | | | |
| 30.   -----Lord Abbett Mid Cap Stock Cl B (LMCBX) | | | | | | | | | |
| 31.   -----Growth Fund of America Class A (AGTHX) | | | | | | | | | |
| 32.   -----Growth Fund of America Cl B (AGRBX) | | | | | | | | | |
| 33.   -----Hartford Midcap Fund Cl B (HAMBX) | | | | | Matured | 8/21/12 | J | | |
| 34.   -----Investment Co. of America Cl A (AIVSX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -----Investment Co. of America Cl B (AICBX) | | | | | | | | | |
| 36. -----Putnam International Equity Cl A (POVSX) | | | | | | | | | |
| 37. -----Putnam International Equity Cl B (POVBX) | | | | | | | | | |
| 38. -----Putnam Voyager Cl A (PVOYX) | | | | | | | | | |
| 39. -----Putnam Voyager Cl B (PVOBX) | | | | | Matured | 8/13/12 | | | |
| 40. -----AIM Invesco Comstock Cl A (ACSTX) | | | | | | | | | |
| 41. -----AIM Invesco Comstock Cl B (ACSWX) | | | | | | | | | |
| 42. -----AIM Invesco Small Cap Discovery Cl A (VASCX) | | | | | | | | | |
| 43. -----Van Kampen Small Cap Growth Fund Cl B (VBSCX) | | | | | Matured | 8/28/12 | | | |
| 44. -----Lord Abbett Affiliated Cl A (LAFFX) | | | | | | | | | |
| 45. -----Lord Abbett Affiliated Cl B (LAFBX) | | | | | | | | | |
| 46. -----Capital World Grth & Incm Cl B (CWGBX) | | | | | | | | | |
| 47. -----Federated Absolute Return Cl B (FMBBX) | | | | | | | | | |
| 48. -----Capital Income Builder Fund Cl B (CIBBX) | | | | | | | | | |
| 49. -----Hartford Cap Apprc Fd Cl C (HCACX) | | | | | | | | | |
| 50. -----ING Global Equity Dividend & Premium Opp Fund IGD | | | | | | | | | |
| 51. -----Federated Prudent Bear Fund Cl C (PBRCX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -----Hartford Midcap Fd Cl C (HMDCX) | | | | | | | | | |
| 53. -----Oppenheimer DVLP Mrkts Fd Cl C (ODVCX) | | | | | | | | | |
| 54. -----AIM Invesco Am. Franchise Cl A (VAFAX) | | | | | | | | | |
| 55. -----AIM Invesco Am. Franchise Cl B (VAFBX) | | | | | | | | | |
| 56. -----Hartford Midcap Fund Cl A (HFMCX) | | | | | | | | | |
| 57. -----Oppenheimer Senior Floating Rate Cl C (OOSCX) | | | | | | | | | |
| 58. -----Capital World Growth & Inc Cl A (CWGIX) | | | | | Buy | 9/24/12 | J | | |
| 59. -----Federated Prudent Absolute Return Cl A (FMAAX) | | | | | Buy | 12/18/12 | J | | |
| 60. | | | | | | | | | |
| 61. Texas Federal Credit Union (accounts) | A | Interest | K | T | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 9-12:  The 2012 assessed value for each parcel is approximately $1054.

Line 29:  This fund (LAVLX) underwent a name change on 3/30/12.

Line 30:  This fund (LMCBX) underwent a name change on 3/30/12.

Line 33:  The shares in this fund (HAMBX) were converted to Class A shares (HFMCX - line 56) on 8/21/12.

Line 39:  The shares in this fund (PVOBX) were converted to Class A shares (PVOYX - line 38) on 8/13/12.

Line 40:  This fund (ACSTX) has a different name as result of new ownership, but it retained the same management and stock symbol.

Line 41:  This fund (ACSWX) has a different name as result of new ownership, but it retained the same management and stock symbol.

Line 42:  This fund (VACSX) has a different name as result of new ownership, but it retained the same management and stock symbol.

Line 43:  The shares in this fund (VBSCX) were converted to Class A shares (VASCX - line 42) on 8/28/12.

Line 47:  This fund (FMBBX) underwent a name change on 8/31/12 and again on 12/31/12.

Line 49:  The name of this fund (HCACX) has been abbreviated.

Line 51:  The name of this fund (PBRCX) has been abbreviated.

Line 52:  The name of this fund (HMDCX) has been abbreviated.

Line 54:  The name of this fund (VAFAX) has been abbreviated.

Line 55:  The name of this fund (VAFBX) has been abbreviated.

Line 56:  The name of this fund (HFCMX) has been abbreviated.

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Irma C. Ramirez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544